Miguel CHAVEZ–MURILLO,
Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 98–70948.

United States Court of Appeals,
Ninth Circuit.

Sept. 16, 1999.

Before: BRUNETTI, WARDLAW and
W. FLETCHER, Circuit Judges.

ORDER

The Opinion filed June 22, 1999 [181
F.3d 997], is withdrawn. The Petition for
Rehearing is denied.